

December 5, 2018

<u>**VIA ECF**</u>
The Honorable Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Tonia Haynes v. John P. Picone, Inc.,**
<u>**Case No. 18-cv-5130 (ENV)(VMS)**</u>

Dear Judge Vitaliano:

      We represent Plaintiff Tonia Haynes in the above-referenced case. We write this letter to provide Your Honor with a status of the ongoing matter.

      The Parties attended mediation on November 19, 2018 and were unable to reach a resolution. To avoid unnecessary motion practice, the Parties have consented to seek a stay of all dates and deadlines in this matter for forty-five (45) days as the Parties are still in discussions as to whether Plaintiff will amend the Complaint or the Defendants will answer or otherwise move. This is the parties second such request.

      We appreciate Your Honor's attention to this request, and we will await further direction from the Court.

                         Respectfully submitted,

                         Derek Smith Law Group, PLLC

                         <u>/s/Johnmack Cohen</u>
                         Johnmack Cohen, Esq.
                         One Penn Plaza, Suite 4905
                         New York, New York 10119
                         (212) 587-0760
                         Johnmack@dereksmithlaw.com

cc: All Counsel of Record